NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEBORAH PAPPION, DOC #522999,      )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No. 2D18-474
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
_____     )

Opinion filed October 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Ronald Ficarrotta,
Judge.

PER CURIAM.

          Affirmed.

KELLY, KHOUZAM, and BADALAMENTI, JJ., Concur.